JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN M. JONES,<br>Petitioner,<br>v.<br>M. GUTIERREZ, Warden, et al.,<br>Respondent. | Case No. 5:21-cv-00655-JAK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Amended Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is dismissed.

DATED: July 8, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE